■ In the Matter of KENISHA T. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EDMOND S. T., SR., Appellant. [701 NYS2d 572] —Order unanimously affirmed without costs. Memorandum: Family Court properly dismissed the petition of respondent seeking to vacate an order finding him guilty of abusing his stepdaughter (*see,* Family Ct Act § 1012 [e] [iii]). In support of the petition, respondent contended that the court lacked jurisdiction to issue the order on the ground that, as the child's stepfather, he was not a proper respondent. That contention does not provide a basis for vacatur of the order (*see,* Family Ct Act § 1061; *cf., Matter of Chendo O.*, 193 AD2d 1083, 1084); respondent's remedy was to have taken a timely appeal from that order (*see,* Family Ct Act § 1112 [a]; § 1113). In any event, respondent's contention lacks merit (*see,* Family Ct Act § 1012 [a]). We have reviewed respondent's remaining contentions and conclude that they are without merit. (Appeal from Order of Oneida County Family Court, Cook, J.—Dismiss Pleading.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Balio, JJ.